DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CASEY D. ROBERTS

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2429
————————————————

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Casey D. Roberts, pro se.

PER CURIAM.

　　Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.